UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of University of California, Irvine Medical Center aka UCI Health,<br><br>Plaintiff,<br><br>v.<br><br>HUMANA HEALTH PLAN OF CALIFORNIA, INC., a California corporation; HUMANA INSURANCE COMPANY, A WISCONSIN CORPORATION; and, DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. 8:20-cv-01742 JVS (JDEx)<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>*Assigned to Hon. James V. Selna*<br><br>Complaint Filed:  September 11, 2020<br>Trial Date:          February 1, 2022 |

Pursuant to the parties' Stipulation and Protective Order (Dkt. 28), and for good cause appearing, the Court hereby enters of the protective order on the terms and conditions provided for in the Stipulation (Dkt. 28).

Dated: April 01, 2021

_____
JOHN D. EARLY
United States Magistrate Judge