LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS (SBN 113755)
RICHARD A. LOVICH (SBN 113472)
KARLENE J. ROGERS-ABERMAN (SBN 237883)
DAVID F. MASTAN (SBN 152109)
BARBARA V. LAM (SBN 231073)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of University of California, Irvine Medical Center aka UCI Health

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of University of California, Irvine Medical Center aka UCI Health,<br><br>Plaintiff,<br><br>vs.<br><br>HUMANA HEALTH PLAN OF CALIFORNIA, INC., a California corporation; HUMANA INSURNACE COMPANY, a Wisconsin corporation; and, DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 8:20-cv-01742 JVS (JDEx)<br><br>[Assigned to Hon. James V. Selna]<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date: February 1, 2022 |

1  PLEASE TAKE NOTICE that the above-captioned case has settled between THE
2  REGENTS OF THE UNIVERSITY OF CALIFORNIA, on behalf of University of California,
3  Irvine Medical Center aka UCI Health, on the one hand, and HUMANA HEALTH PLAN OF
4  CALIFORNIA, INC. and HUMANA INSURNACE COMPANY, on the other hand,
5  (collectively, the "Parties).  The Parties anticipate that a stipulation of dismissal of this matter,
6  on the satisfactory completion of specified terms, should be completed within 60 days from the
7  date of this Notice of Settlement. Accordingly, a Stipulation of Dismissal should be filed no later than December 17, 2021.

Dated: October 20, 2021

LAW OFFICES OF STEPHENSON, ACQUISTO
& COLMAN, INC.

/S/ Barbara V. Lam

BARBARA V. LAM
Attorneys for
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, on behalf of University of
California, Irvine Medical Center aka UCI Health

Dated: October 20, 2021

KENNADAY LEAVITT PC

/S/ Curtis S. Leavitt

CURTIS S. LEAVITT
Attorneys for
HUMANA HEALTH PLAN OF CALIFORNIA,
INC. and HUMANA INSURNACE COMPANY

*Filer's Attestation: Barbara V. Lam hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

26059

- 2 -    NOTICE OF SETTLEMENT