LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ.          (SBN 113755)
RICHARD A. LOVICH, ESQ.            (SBN 113472)
KARLENE ROGERS-ABERMAN, ESQ.       (SBN 237883)
DAVID F. MASTAN                    (SBN 152109)
BARBARA V. LAM, ESQ.               (SBN 231073)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, on behalf of University of California, Irvine Medical Center aka UCI Health

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of University of California, Irvine Medical Center aka UCI Health,<br><br>Plaintiff,<br><br>v.<br><br>HUMANA HEALTH PLAN OF CALIFORNIA, INC., a California corporation; HUMANA INSURANCE COMPANY, a Wisconsin corporation; and, DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 8:20-cv-01742 JVS (JDEx)<br><br>*Assigned to Hon. James V. Selna*<br><br>STIPULATION OF DISMISSAL [F.R.C.P. 41(a)(1)(ii)]<br><br>Judge:     Hon. James V. Selna<br>Courtroom: 10C |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-entitled action be and hereby is dismissed pursuant to FRCP 41(a)(1)(ii).

Dated: April 14, 2022

                LAW OFFICES OF STEPHENSON,
                ACQUISTO & COLMAN, INC.

                _____
                BARBARA V. LAM
                Attorneys for
                THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of University of California, Irvine Medical Center aka UCI Health

Dated: 4/11/2022

                KENNADAY LEAVITT PC

                _____
                CURTIS S. LEAVITT
                Attorneys for
                HUMANA HEALTH PLAN OF CALIFORNIA, INC., a California corporation; HUMANA INSURNACE COMPANY, a Wisconsin corporation